## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**LACI LEANNE BAILEY,**

    **Plaintiff,**

**v.**                                                                                No. 18-cv-0011 SMV

**NANCY A. BERRYHILL,**
**Acting Commisioner of**
**Social Security Administration,**

    **Defendant.**

## **JUDGMENT**

Having granted Plaintiff's Motion to Reverse and Remand for Rehearing [Doc. 23] by a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**