# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**LACI LEANNE BAILEY,**

    **Plaintiff,**

vs.                                                                                       **No. 18-cv-0011 SMV**

**NANCY A. BERRYHILL,**
**Acting Commissioner of Social Security Administration,**

    **Defendant.**

## ORDER GRANTING ATTORNEY FEES UNDER EAJA

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, with Supporting Memorandum [Doc. 29], filed on January 18, 2019. The Commissioner has not responded to the Motion. The parties consented to the undersigned's entering final judgment in this case. [Doc. 20]. Having reviewed the Motion, the record, and the applicable case law and being otherwise fully advised in the premises, I find that the Motion is well-taken and should be granted. Plaintiff is awarded $7,475.60 in attorney fees.

Defendant's response to Plaintiff's Motion was due on February 1, 2019. *See* D.N.M.LR-7.2(a) ("A response must be served and filed within fourteen (14) calendar days after service of the motion."). Defendant neither filed a response nor requested an extension to do so. "The failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion." D.N.M.LR-7.1(b). Because Defendant's failure to respond to Plaintiff's Motion constitutes consent to grant it, the Court will treat Plaintiff's Motion as unopposed and grant it.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, with Supporting Memorandum [Doc. 29], is **GRANTED**, and Plaintiff is awarded $7,475.60 for payment to her attorney for services before this Court, as permitted by the Equal Access to Justice Act, 28. U.S.C. § 2412, and in accordance with *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir. 2007).

**IT IS FURTHER ORDERED** that if Plaintiff's counsel is ultimately granted attorney fees pursuant to 42 U.S.C. § 406(b) of the Social Security Act, counsel shall refund the smaller award to Plaintiff pursuant to *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002) ("Congress harmonized fees payable by the Government under EAJA with fees payable under § 406(b) out of the claimant's past-due Social Security benefits in this manner: Fee awards may be made under both prescriptions, but the claimant's attorney must 'refun[d] to the claimant the amount of the smaller fee.'" (quoting Act of Aug. 5, 1985, Pub. L. 99-80, § 3, 99 Stat. 186)).

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**